AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| SHON ROWELL | CASE NUMBER: MJ 04-809-MBB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____SHON ROWELL_____
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
being a felon in possession of ammunition

in violation of
Title _____18_____ United States Code, Section(s) __922(g)(1)__

| | |
|---|---|
| MARIANNE B. BOWLER | CHIEF U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| _Marianne B. Bowler USMJ_ | _April 7, 2004 @ 11:40AM @_ |
| Signature of Issuing Officer | Date and Location    Boston, MA |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.