➢AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

## APPEARANCE

Case Number: MJ 04-809 MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SHON ROWELL

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 8, 04 | *signature* |
| Date | Signature |
| | Kate Miller Brown  651123 |
| | Print Name / Bar Number |
| | 31 Milk St  Suite 501 |
| | Address |
| | Boston   MA   02109 |
| | City / State / Zip Code |
| | 617-482-1001   617-423-4058 |
| | Phone Number / Fax Number |