AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

V.

SHON ROWELL

**EXHIBIT AND WITNESS LIST**

Case Number: MJ# 04-809-MBB

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>DONALD CABELL | DEFENDANT'S ATTORNEY<br>WILLIAM BROWN |
|---|---|---|
| TRIAL DATE (S)<br>4/12/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 4/12/04 |   |   | LISA RUDNICKI w/ A.T.F.; for the Government |
| 1 |   | 4/12/04 | X | X | Search Warrant issued by the Roxbury District Court |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages