AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SHON ROWELL

**WARRANT FOR ARREST**

CASE NUMBER: MJ 04-809-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___SHON ROWELL___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
being a felon in possession of ammunition

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

MARIANNE B. BOWLER
Name of Issuing Officer

CHIEF U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*Marianne B. Bowler USMJ*
Signature of Issuing Officer

April 7, 2004 @ 11:40AM @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.