UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Magistrate No. MJ04-809-MBB |
| | ) | |
| Shon Rowell | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Now comes undersigned counsel and moves for leave to withdraw asserting as reason therefore: Defendant has been deemed indigent, and is eligible to be appointed counsel.

Wherefore, counsel prays that leave of withdraw be given and counsel be appointed.

Respectfully submitted,

Kate Miller Brown
31 Milk Street 5th Floor
Boston, MA 02109
(617)482-1001
BBO # 651123

## CERTIFICATE OF SERVICE

I, Kate Miller Brown, do hereby certify that I have served a copy of the foregoing to, Donald Cabell, AUSA, by mail on this 23rd day of April, 2004.

Kate Miller Brown