UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| United States of America | ) |
|---|---|
| | ) |
| v. | ) Magistrate No. MJ04-809-MBB |
| | ) |
| Shon Rowell | ) |
| | ) |

MOTION FOR LEAVE TO WITHDRAW

Now comes undersigned counsel and moves for leave to withdraw asserting as reason therefore: press of new business requiring extensive travel.

Wherefore, counsel prays that leave of withdraw be given and another counsel be appointed.

Respectfully submitted,

William A. Brown
31 Milk Street 5th Floor
Boston, MA 02109
(617)482-1001
BBO # 061280

CERTIFICATE OF SERVICE

I, William A. Brown, do hereby certify that I have served a copy of the foregoing to, Donald Cabell, AUSA, by mail on this 21st day of April, 2004.

William A. Brown