**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

    v.

SHON ROWELL                          MAGISTRATE JUDGE NO. <u>04-809-MBB</u>

**APPOINTMENT OF FEDERAL DEFENDER**
**(TIMOTHY WATKINS)**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of  **May 11, 2004**  to represent said defendant in this cause until further order of the Court.

                               By:    /s/_____
                                       MARIANNE B. BOWLER
                                       Chief United States Magistrate Judge

DATE: <u>May 11, 2004</u>

(FPDAPPNOTICECUSMJBMJCASE.wpd - 11/98)                                                    [koapptpd.]